IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | * CRIMINAL NO. 21-00200-TFM |
| SHARON COLLINS, | * |
| Defendant. | * |

## ORDER ON MOTION TO CONTINUE

Counsel for Defendant filed a Motion to Continue (Doc. 22) the trial of this case from the present May setting to the July trial term. The Court **GRANTS** the Motion and continues the trial to the July trial term and extends the deadline for pretrial motions.

Based on the contents of the Motion, and with no opposition from the Government, the undersigned finds that the ends of justice served by continuing this action to the July criminal term outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Specifically, the continuance is warranted to enable counsel to engage in effective preparation for the trial or, more possibly, find a way to resolve this case pretrial. 18 U.S.C. §3161(h)(7)(A). The Court has considered the factors set forth in 18 U.S.C. §3161(h)(7)(B) and concludes that the continuance is warranted.

Under these circumstances, and after due consideration, the Court **GRANTS** the Motion to Continue. This case is hereby CONTINUED to the July 2022 criminal term. For purposes of the Speedy Trial Act, any delay resulting from

this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A). The Defendant must file a Speedy Trial Waiver by April 29, 2022.

The deadline for filing pretrial motions is extended to April 29, 2022.

The pretrial conference presently set for April 12, 2022 is canceled. The Court requests the Clerk to refer this matter to Magistrate Judge Sonja F. Bivins to set a pretrial conference in June 2022.

ORDERED this the 5th day of April, 2022.

s/P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**