```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF ALABAMA
                           SOUTHERN DIVISION
```

**UNITED STATES OF AMERICA**    :
                                :
**vs.**                         : **CRIMINAL NO. 21-00200-TFM**
                                :
**SHARON COLLINS,**             :
                                :
    **Defendant.**          :

## ORDER

This action is before the Court on Defendant Sharon Collins' unopposed Motion to Continue (Doc 25). Upon consideration of Defendant's unopposed motion, and the reasons set forth therein, the undersigned concludes that the ends of justice served by continuing this action for one term outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C.A. § 3161(h)(7)(A). Affording defense counsel additional time to ready this case for trial or other resolution is reasonable under the circumstances. 18 U.S.C.A. §3161(h)(7)(A). Accordingly, the request for a continuance is **granted**. This case is hereby CONTINUED to the **August 2022** criminal term. For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

Counsel for Defendant Collins shall file on or before **June 10, 2022**, a Speedy Trial Waiver executed by Defendant and his/her counsel. The waiver shall include language which reflects that (A)

counsel has discussed the reasons for seeking a continuance with Defendant; (B) Defendant understands that the time requested in the motion to continue trial of this matter will be excluded from any calculations of time under the Speedy Trial Act; and (3) with this understanding and knowledge, Defendant agrees to a continuance of this action to the **August 2022** trial term.

The clerk is directed to refer this action to Magistrate Judge Murray.

**DONE** this **31st** day of **May, 2022.**

                                          **/s/ SONJA F. BIVINS**
                              **UNITED STATES MAGISTRATE JUDGE**