IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.  21-cr-00200-TFM |
| | ) | |
| **SHARON COLLINS** | ) | |

## ORDER

This matter is before the Court on the United States' motion for forfeiture money judgment.  Based on the superseding indictment (Doc.31, PageID.83-104) and the defendant's plea agreement (Doc. 40. PageID.120-140), the motion is **granted**.

WHEREAS, by virtue of said guilty plea, plea agreement and factual resume, the United States is now entitled to, pending possible appeal herein, the property subject to forfeiture to the United States pursuant to 18 U.S.C. § 982(a)(1)(C), 18 U.S.C. § 982(a)(2), and Fed. R. Crim. P. 32.2(b)(2), which includes but is not limited to a money judgment in the amount of $209,744.61, more, or less, as a result of her violations of 18 U.S.C. § 1343, wire fraud.

NOW THEREFORE, IT IS HEREBY **ORDERED, ADJUDGED AND DECREED**:

That based on the foregoing and Fed. R. Crim. P 32.2(b)(2), the above-described property is hereby forfeited to and vested in the United States of America for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853(n).

Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this preliminary order of forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and judgment.

The United States may, at any time, move pursuant to Fed. R. Crim. P. 32.2(e) to amend this Order of Forfeiture to include substitute property having a value not to exceed $209,744.61 to satisfy the money judgment, in whole or in part.

In accordance with 21 U.S.C. § 853(m) and Fed. R. Crim. P. 32.2(e) the United States is authorized to undertake whatever discovery may be necessary to identify, locate, or dispose of substitute assets to satisfy the money judgment.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

DONE and ORDERED this 29th day of August, 2022.

/s/Terry F. Moorer
JUDGE TERRY F. MOORER
UNITED STATES DISTRICT JUDGE